# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stras, David R. | United States Court of Appeals for the Eighth Circuit | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

300 South 4th Street, 11E
Minneapolis, MN 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty Member | University of Iowa College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010-2018 | Judge's Retirement Plan (Minnesota State Retirement System); state-managed pension plan. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Iowa College of Law, Adjunct Teaching | $10,000.00 |
| 2. 2019 | Lexis-Nexis, Royalties for Federal Courts Casebook | $428.43 |
| 3. 2019 | Social Science Research Network, Compensation as Editor of Law and Politics E-Journal | $200.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Minnesota Independence College & Community, Salary |
| 2. 2019 | State of Minnesota, Department of Employment and Economic Development, Unemployment Compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | February 25-27, 2019 | New York, NY | Spoke to law students at Columbia University and New York University | Transportation, meals, lodging |
| 2. | Notre Dame Law School | February 28-March 1, 2019 | South Bend, IN | Spoke at a symposium on state constitutional law. | Transportation, meals, lodging |
| 3. | The Federalist Society | March 11-14, 2019 | Palo Alto, San Francisco, and Berkeley, CA | Spoke to law students at Stanford and UC-Berkeley, as well as lawyers in SF. | Transportation, meals, lodging |
| 4. | The Federalist Society | March 30-31, 2019 | Ann Arbor, MI | Spoke to law students at the University of Michigan. | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stras, David R.** | 05/08/2020 |

| | | | | |
|---|---|---|---|---|
| 5. | University of Michigan Law School | April 1-2, 2019 | Ann Arbor, MI | Judged moot court finals. | Transportation, meals, lodging |
| 6. | University of Illinois College of Law | April 8-9, 2019 | Champaign, IL | Judged moot court finals. | Transportation, meals, lodging |
| 7. | The Federalist Society | April 10, 2019 | Chicago, IL | Spoke to law students at the University of Chicago. | Transportation, meals, lodging |
| 8. | Antonin Scalia Law School | April 25-26, 2019 | Washington, DC | Spoke at the annual Scalia Forum. | Transportation, meals, lodging |
| 9. | Antonin Scalia Law School | July 28-31. 2019 | Padua, Italy | Spoke to law students about the separation of powers during a summer course. | Transportation, meals, lodging |
| 10. | University of Iowa College of Law | August 18-23, 2019 | Iowa City, IA | Taught a course on the United States Supreme Court. | Transportation, meals, lodging |
| 11. | The Federalist Society | October 21-22, 2019 | Grand Forks, ND | Spoke to law students and lawyers at the University of North Dakota. | Transportation, meals, lodging |
| 12. | Harvard Law School | October 27-28, 2019 | Cambridge, MA | Spoke to law students about clerkships. | Transportation, meals, lodging |
| 13. | The Federalist Society | October 28-29, 2019 | Cambridge, MA | Spoke to law students at Harvard. | Transportation, meals, lodging |
| 14. | The Federalist Society | November 5-6, 2019 | Chicago, IL | Spoke to law students at the University of Chicago. | Transportation, meals, lodging |
| 15. | The Federalist Society | November 13-16, 2019 | Washington, DC | Attended the Federalist Society National Convention. | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Lightstream | Unsecured Automobile Loan | J |
| 2. Lightstream | Unsecured Automobile Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Minnesota College Savings Plan (H) | | | | | | | | | |
| 2. -2024-2025 Enrollment Option | None | | K | T | | | | | |
| 3. Virginia 529 College Savings (H) | | | | | | | | | |
| 4. -2018 Portfolio | None | | J | T | | | | | |
| 5. Mutual of America 401(k) Thrift (H) | | | | | | | | | |
| 6. -Mutual of America Equity Index Fund | None | | J | T | | | | | |
| 7. -Mutual of America Small Cap Value Fund | None | | J | T | | | | | |
| 8. Health Care Savings Plan-State of Minnesota (H) | | | | | | | | | |
| 9. -Empower Broad International Stock Fund | None | | | | Sold | 06/28/19 | J | | |
| 10. -Empower U.S. Stock Actively Managed Fund | None | | | | Sold | 06/28/19 | K | | |
| 11. -Empower U.S. Stock Index Fund | None | | | | Sold | 06/28/19 | K | | |
| 12. -Empower Bond Fund | None | | | | Sold | 06/28/19 | J | | |
| 13. -Vanguard Total International Stock Index | None | | J | T | Buy | 06/28/19 | J | | |
| 14. -Vanguard Total Stock Market Index | None | | K | T | Buy | 06/28/19 | K | | |
| 15. -Vanguard Total Bond Market Index | None | | K | T | Buy | 06/28/19 | J | | |
| 16. Fidelity 403(b) Account (H) | | | | | | | | | |
| 17. -Fidelity Focused Stock Fund | B | Dividend | K | T | Sold<br>(part) | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Fidelity Low Priced Stock Fund | B | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 19.   -Fidelity Small Cap Discovery Fund | B | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 20.   -Fidelity Strategic Income Fund | B | Dividend | K | T | Sold<br>(part) | 01/22/19 | J | | |
| 21.   -Fidelity New Markets Inc. Fund | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 22.   -Fidelity Leveraged Company Stock Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 23.   -Fidelity International Small Cap Stock Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 24.   -Fidelity International Capital Appreciation Stock Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 25.   Fidelity 457(b) Account (H) | | | | | | | | | |
| 26.   -Fidelity Focused Stock Fund | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 27.   -Fidelity Strategic Income Fund | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 28.   -Fidelity Small Cap Value Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 29.   -Fidelity International Small Cap Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 30.   Vanguard 403(b) Account (H) | | | | | | | | | |
| 31.   -Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 32.   Vanguard 457 Account (H) | | | | | | | | | |
| 33.   -Vanguard Capital Opportunity Fund | B | Dividend | K | T | | | | | |
| 34.   Securian Faculty 401(a) Account (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Vanguard Inflation Protected Securities Fund | | None | K | T | Sold (part) | 01/25/19 | J | | |
| 36. -Fidelity Strategic Income | | None | K | T | Sold (part) | 01/25/19 | J | | |
| 37. -Vanguard Wellington Fund | | None | L | T | Sold (part) | 01/25/19 | J | | |
| 38. -Vanguard Primecap Fund | | None | M | T | Sold (part) | 01/25/19 | J | | |
| 39. -Vanguard International Value Fund | | None | L | T | Buy (add'l) | 01/25/19 | J | | |
| 40. Learning Quest 529 Account (H) | | | | | | | | | |
| 41. -Aggressive Track: Conservative Portfolio | | None | | | Sold | 11/29/19 | J | | |
| 42. -Moderate Track: Very Conservative Portfolio | | None | | | Sold | 11/29/19 | K | | |
| 43. E*Trade Rollover IRA (H) | | | | | | | | | |
| 44. -BLDRS Emerging Markets 50 ADR Index Fund | A | Dividend | J | T | | | | | |
| 45. -SPDR Gold Shares ETF | | None | J | T | | | | | |
| 46. -Janus Global Allocation Conservative Fund | A | Dividend | J | T | | | | | |
| 47. -Neuberger Berman Genesis Fund | A | Dividend | J | T | | | | | |
| 48. -Parnassus Core Equity Fund | B | Dividend | K | T | | | | | |
| 49. -T. Rowe Price International Discovery | A | Dividend | J | T | | | | | |
| 50. -Oakmark International | A | Dividend | J | T | | | | | |
| 51. E*Trade IRA (H) | | | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Icon Energy Fund | A | Dividend | J | T | | | | | |
| 53. -Primecap Odyssey Stock Fund | A | Dividend | J | T | | | | | |
| 54. E*Trade Roth IRA #1 (H) | | | | | | | | | |
| 55. -Neuberger Berman Genesis Fund | A | Dividend | J | T | | | | | |
| 56. -T Rowe Price International Discovery Fund | A | Dividend | J | T | | | | | |
| 57. E*Trade Roth IRA #2 (H) | | | | | | | | | |
| 58. -Neuberger Berman Genesis Fund | A | Dividend | J | T | | | | | |
| 59. -Hartford Schroders Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 60. -T Rowe Price International Discovery | A | Dividend | J | T | | | | | |
| 61. E*Trade Joint Account (H) | | | | | | | | | |
| 62. -Western Asset Core Bond Fund | A | Dividend | L | T | | | | | |
| 63. Janus Roth IRA #1 (H) | | | | | | | | | |
| 64. -Janus Global Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 65. -Janus High-Yield Fund | A | Dividend | J | T | | | | | |
| 66. -Janus Triton Fund | A | Dividend | J | T | | | | | |
| 67. -Janus International Value Fund | A | Dividend | J | T | | | | | |
| 68. Janus Roth IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stras, David R. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Janus Global Allocation Growth Fund | A | Dividend | J | T | | | | | |
| 70.   -Janus High-Yield Fund | A | Dividend | J | T | | | | | |
| 71.   -Janus Triton Fund | A | Dividend | J | T | | | | | |
| 72.   -Janus International Value Fund | A | Dividend | J | T | | | | | |
| 73.   TCF Bank Checking Account | A | Int./Div. | K | T | | | | | |
| 74.   E*Trade Bank Checking Account | A | Int./Div. | K | T | | | | | |
| 75.   E*Trade Bank Savings Account | A | Int./Div. | K | T | | | | | |
| 76.   Mutual of Omaha Flexible Premium<br>Adjustable Life Insurance Policy | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Stras, David R.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Stras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544